**Greg WALSH; Christina Walsh, Plaintiffs-Appellants,**

v.

**SPECIALIZED LOAN SERVICING, LLC; US Bank, National Association, As Trustee of Chevy Chase Funding, LLC, Mortgage-Backed Certificates, 2005-1; Mark Runkel, Executive Vice President and Chief Credit Officer, US Bank; P.W. Parker, Vice Chairman and Chief Risk Officer, US Bankcorp, Vice Chairman, Defendants-Appellees,**

**and**

**The Law Offices of Jeffrey Nadel; Jeffrey Nadel; Does 1 Through 15, Inclusive, Defendants.**

No. 17-1670

United States Court of Appeals, Fourth Circuit.

Submitted: October 19, 2017

Decided: November 2, 2017

Greg Walsh; Christina Walsh, Appellants Pro Se. Aaron Drew Neal, MCNAMEE, HOSEA, JERNIGAN, KIM, GREENAN & LYNCH PA, Greenbelt, Maryland, for Appellees.

Before TRAXLER, KEENAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Greg Walsh and Christina Walsh appeal the district court's orders dismissing their civil complaint as barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Walsh v. Specialized Loan Servicing, LLC*, No. 1:17-cv-00591-JFM (D. Md. Mar. 17, 2017 & Apr. 26, 2017). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*